BEFORE THE THIRD DIVISION, JANUARY 27, 1964

No. 68270.—Dorf International, Inc. v. United States, protests 62/7952 and 63/976 (Philadelphia).

Opinion by RICHARDSON, J.   The protests were dismissed.